UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankr. No. 15-50218 |
| | ) | Chapter 7 |
| DEANNA LYNN HANDLEY | ) | |
| SSN xxx-xx-5156 | ) | DEBTOR, DEANNA LYNN |
| | ) | HANDLEY'S, STATEMENT |
| Debtor. | ) | REGARDING PAYMENT ADVICES |
| | ) | |

In accordance with 11 U.S.C. § 521(a)(1)(B)(iv), I, Deanna Lynn Handley, state:

☒ I have attached all the payment advices (also known as wage or earnings statements) or other evidence of payments that I have received from all employers during the 60 days before I filed my bankruptcy petition. Any personal identification information, such as my Social Security Number or a bank account number, has been redacted from the payment advices.

I declare under penalty of perjury that I have read this statement and it is true and correct to the best of my knowledge, information and belief.

Dated: October 2, 2015.

/s/ Deanna Lynn Handley
Deanna Lynn Handley



CARRIER STATEMENT   Aug-23-2015 TO Sep-19-2015

Deanna Handley

Page 1 of 2

### Account Summary for Deanna Handley

| | |
|---|---|
| Beginning Balance | -$1533.14 |
| Prepaid Subscriber Credit | -$2344.65 |
| Paper Charges | $0.00 * |
| Payments & Refunds | $3030.96 |
| Misc. Charges & Credits | -$616.48 |
| Ending Balance | -$1,463.31 |

The Account Summary above reflects the state of your account as of the period ending date shown in the upper right. Refer to the following pages for a detailed listing of all transactions that occurred during this statement period.

If the Ending Balance is a negative value, a payment to match the amount will be delivered to you shortly. If the Ending Balance is a positive value, then you are responsible for returning the stub below along with a payment for the amount listed.
*Includes all applicable sales taxes.

### For Your Records

| ACCOUNT NO. | | AMOUNT DUE | |
|---|---|---|---|
| DATE OF PAYMENT | | CHECK NUMBER | AMOUNT PAID |
| SAVINGS: | Previous Balance | $0.00 | |
| | Automatic Deposits | $0.00 | |
| | Contributions | $0.00 | Year to date paper charges for account |
| | Interest This Period | $0.00 | |
| | Withdrawals | $0.00 | $0.00 |
| | Company Match | $0.00 | |
| | Closing Balance | $0.00 | |

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT, IF NECESSARY

Rapid City Journal
PO BOX 36300
BILLINGS MT  59107-6300

| ACCOUNT | PERIOD END | AMOUNT DUE |
|---|---|---|
| | 9/19/2015 | $0.00 |

Deanna Handley
3608 WINNERS CIR
RAPID CITY SD 577020522

Rapid City Journal
Payment Processing Center
PO BOX 36300
BILLINGS MT  59107-6300



CARRIER STATEMENT  Jul-26-2015  TO  Aug-22-2015

Deanna Handley

Page 1 of 2

## Account Summary for Deanna Handley

| | |
|---|---|
| Beginning Balance | -$1644.54 |
| Prepaid Subscriber Credit | -$2364.12 |
| Paper Charges | $0.00 * |
| Payments & Refunds | $3113.69 |
| Misc. Charges & Credits | -$638.17 |
| Ending Balance | -$1,533.14 |

The Account Summary above reflects the state of your account as of the period ending date shown in the upper right. Refer to the following pages for a detailed listing of all transactions that occurred during this statement period.

If the Ending Balance is a negative value, a payment to match the amount will be delivered to you shortly. If the Ending Balance is a positive value, then you are responsible for returning the stub below along with a payment for the amount listed.

*Includes all applicable sales taxes.

## For Your Records

ACCOUNT NO.          AMOUNT DUE

DATE OF PAYMENT        CHECK NUMBER        AMOUNT PAID

SAVINGS:
| | |
|---|---|
| Previous Balance | $0.00 |
| Automatic Deposits | $0.00 |
| Contributions | $0.00 |
| Interest This Period | $0.00 |
| Withdrawals | $0.00 |
| Company Match | $0.00 |
| Closing Balance | $0.00 |

Year to date paper charges for account

$0.00

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT, IF NECESSARY

Rapid City Journal
PO BOX 36300
BILLINGS MT  59107-6300

| ACCOUNT | PERIOD END | AMOUNT DUE |
|---|---|---|
| | 8/22/2015 | $0.00 |


Deanna Handley
3608 WINNERS CIR
RAPID CITY SD 577020522

Rapid City Journal
Payment Processing Center
PO BOX 36300
BILLINGS MT  59107-6300